# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY ERNEST SILVA,<br><br>Defendant. | Case No.: 23-CR-692-DMS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE JURY TRIAL AND MOTION IN LIMINE HEARING** |

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that the Motion in Limine hearing, currently scheduled for August 11, 2023, be rescheduled to *October 20, 2023, at 11:00AM*, and the jury trial currently scheduled for August 14, 2023, be rescheduled to *October 23, 2023, at 9:00AM*. Time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(D) due to pending pretrial motions, and pursuant to 18 U.S.C. § 3161(h)(7)(A) in the interests of justice for the reasons stated in the motion.

**SO ORDERED.**

DATED: 7-24-23

HON. DANA M. SABRAW
Chief United States District Court Judge