UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Johnny Ernest SILVA,<br><br>　　　　　　　　　　　Defendant. | Case No.: 23cr00692-DMS<br><br>**ORDER** |

For good cause shown, Defendant Johnny Ernest SILVAS joint motion to modify the conditions of release (ECF No. 16) is **GRANTED**. Defendant is permitted to travel throughout the State of California. All other conditions remain as set.

Dated: August 29, 2023

_Michelle M. Pettit_
Honorable Michelle M. Pettit
United States Magistrate Judge