UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>JOHNNY SILVA,<br><br>                          Defendant. | Case No.:  23-CR-692-DMS<br><br>**GRANTING DEFENDANT'S REQUEST TO USE COMPUTER EQUIPMENT DURING TRIAL** |

Good cause appearing, it is hereby ordered that Defense Counsel Keith H. Rutman may bring into the courthouse the following equipment for use during trail of this matter:

      1. laptop or iPad;

      2. cables/power cords;

      3. any related accessories.

**IT IS SO ORDERED.**

Dated:  October 18, 2023

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court